UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP ANTHONY ANDERSON,

    Petitioner,

v.

                  CASE NO. 2:11-CV-10346
                  HONORABLE DENISE PAGE HOOD
                  UNITED STATES DISTRICT JUDGE

THOMAS BIRKETT,

    Respondent.

_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on May 31, 2012.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

Dated at Detroit, Michigan, this 31st , day of May, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

APPROVED:
                                          BY: s/LaShawn Saulsberry
                                                DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

11-10346 Anderson v. Birkett<br>
**Judgment**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager